FIL...

... 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
Plaintiff,

vs.

PELICAN BAY STATE
PRISON            Defendant.

CASE NO. ___C - 07 - 5546 JW___

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, WILLIE WEAVER declare, under penalty of perjury that I am the
plaintiff in the above entitled case and that the information I offer throughout this application
is true and correct. I offer this application in support of my request to proceed without being
required to prepay the full amount of fees, costs or give security. I state that because of my
poverty I am unable to pay the costs of this action or give security, and that I believe that I am
entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes _____ No __✓__

If your answer is "yes," state both your gross and net salary or wages per month, and give the
name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____SACRAMENTO AIR PORT   3 00 WEEKLY_____

5  _____13 000 MONTHLY_____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9    a.    Business, Profession or            Yes ____ No __✓__

10        self employment

11    b.    Income from stocks, bonds,        Yes ____ No __✓__

12        or royalties?

13    c.    Rent payments?                    Yes ____ No __✓__

14    d.    Pensions, annuities, or           Yes ____ No __✓__

15        life insurance payments?

16    e.    Federal or State welfare payments, Yes ____ No __✓__

17        Social Security or other govern-

18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                    Yes ____ No __✓__

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?    Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No ✓ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?  Yes ____ No ✓ Amount: $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)  Yes ____ No ✓

_____

8.  What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

_____

_____

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ____    No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____14 / 05 / 07_____          _____Willip Weaver_____

DATE                                         SIGNATURE OF APPLICANT

# U.S. District Court Northern California

## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45. This means that you **must** (check off the boxes ☑ when done):

☑ **1) Serve** this ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

Each attorney representing a party must also:

☑ **2) Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, do not register again, your registration is valid for life on all ECF cases in this district.

☑ **3) Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

☑ **4)** Access dockets and documents using **PACER** (Public Access to Court Electronic Records). If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

All subsequent papers submitted by attorneys in this case shall be filed electronically. Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**